**Palma Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com
*Attorney for Debtor Harry Leonard*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>HARRY LEONARD | Case No.: 26-15268<br>Hearing Date: September 23, 2026<br>Chapter: 13 |

**MOTION TO REINSTATE THE AUTOMATIC STAY**

Debtor, Harry Leonard, through undersigned counsel, respectfully moves before this Court for entry of an order reinstating the automatic stay, and states as follows:

1. Debtor filed this bankruptcy case on May 10, 2026, under Chapter 13 of the Bankruptcy Code.
2. Debtor previously had a bankruptcy case pending before the filing of this case, 25-11096, which was dismissed on October 1, 2025.
3. There was a second case filed under docket number 25-20744 which was dismissed on January 1, 2026.
4. Upon the filing of the petition, the automatic stay was terminated, lifted, or otherwise ceased to be in effect because the stay expired 30 days after filing.
5. Debtor requests that the Court reinstate the automatic stay as to the residence located at 1505 Oxford Lane, Wall Township NJ, 07719.
6. The relief requested is necessary to prevent immediate and irreparable harm, including a upcoming foreclosure scheduled on September 14th, 2026.

7. Debtor filed this case in good faith and not for delay. Since the dismissal of the prior case, Debtor's financial or personal circumstances have changed as follows:

   a. Filed missing documents and schedules.
   b. Cured filing deficiencies.
   c. Debtor has received 2025 income tax returns and remitted them to the trustee.

8. Debtor is now able to perform under this case because Debtor is employed by Atlantic Golf Management, Inc. ("AGM"). AGM is in Chapter 11 bankruptcy under case number, 25-10975.

9. To the extent any presumption of bad faith applies under 11 U.S. Code § 362, Debtor rebuts that presumption by clear and convincing evidence based on the facts set forth in this Motion and the attached Declaration.

10. Reimposition or reinstatement of the stay will not unfairly prejudice creditors because Debtor will be making his regular mortgage payments and making plan payments. Debtors' plan was altered significantly based on his income from AGM, which has increased since the company's reorganization. A plain reading of the Debtor's 2025 income tax return clearly evidences that he has the ability to make all payments under the Plan.

WHEREFORE, Debtor respectfully requests that the Court:

a. Reinstate automatic stay-protection on 1505 Oxford Lane.
b. Enjoin all creditors from proceeding with foreclosure.
c. Find that this case was filed in good faith;
d. Find that any applicable presumption of bad faith has been rebutted;
e. Grant emergency interim relief pending hearing; and
f. Grant such other relief as is just and proper.

Dated August 20, 2026

By: /s/ Valerie Palma DeLuisi
VALERIE PALMA DELUISI, ESQ.
Attorney for Debtor Harry Leonard

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>HARRY LEONARD | Case No.: 26-15268<br>Hearing Date: September 23, 2026<br>Chapter: 13 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date: 08/18/2026

/s/ Valerie Palma DeLuisi
Valerie Palma DeLuisi, Esq.

**Palma Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:

HARRY LEONARD

Case No.: 26-15268
Hearing Date: September 23, 2026
Chapter: 13

**DECLERATION OF DEBTOR IN SUPPORT OF MOTION**

I, HARRY LEONARD, declare under penalty of perjury:

1. I am the debtor in this case.
2. I submit this Certification in support of my Motion to Reinstate Automatic Stay filed on my behalf by my attorney, VALERIE PALMA DELUISI.
3. My attorney filed the bankruptcy petition, schedules, statements, and related documents on my behalf.
4. I reviewed the bankruptcy petition, schedules, statements, and related documents on my behalf.
5. I am now able to fulfil my obligations under this bankruptcy case.
6. I am employed by Atlantic Golf Management, Inc. ("AGM"). AGM is currently a debtor in a Chapter 11 bankruptcy proceeding, Case No. 25-10975.
7. When my prior Chapter 13 Plan was prepared and filed, my 2025 income tax returns had not yet been completed and were not available to me.

8. I have now received my completed 2025 federal and state income tax returns from my accountant.
9. The completed 2025 tax returns provide updated financial information that clearly evidences my ability to perform under the Plan.
10. Now that this information is available, I am able to work with my bankruptcy counsel to prepare and file a corrected and/or amended Chapter 13 Plan based upon accurate and current information.
11. I intend to proceed with the corrected/amended Plan in good faith, make the required Chapter 13 Plan payments, and comply with my obligations in this bankruptcy case.
12. The circumstances that prevented me from proceeding under an accurate plan have now changed. I now have the necessary tax information to move forward with a corrected Plan.
13. I respectfully request that the Court reinstate the automatic stay so that I may proceed with my Chapter 13 case, propose and perform under the corrected/amended Plan, and obtain the protections and relief provided by Chapter 13.
14. To the extent any presumption of bad faith arises under 11 U.S.C. § 362, I respectfully submit that such presumption is rebutted by clear and convincing evidence. The circumstances that led to the prior dismissal have been corrected, and I now have the ability and intent to successfully prosecute this bankruptcy case.
15. Reinstatement of the automatic stay will not unfairly prejudice creditors. I intend to remain current on my regular mortgage obligations and to make all required Chapter 13 plan payments. Reinstating the stay will allow me to reorganize my financial affairs and provide creditors with a greater opportunity for repayment than would otherwise exist. I

hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge, belief and understanding. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Harry Leonard
Date: 8/21/26

**Palama Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com
Attorney for Debtor Harry Leonard

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>HARRY LEONARD | Case No.: 26-15268<br>Hearing Date: September 23, 2026<br>Chapter: 13<br><br>**NOTICE OF MOTION TO REINSTATE AUTOMATIC STAY** |

HARRY LEONARD, through his Attorney, VALERIE PALMA DELUISI, has filed papers with the court requesting to reinstate the automatic stay.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: September 23, 2026
Hearing Time: 9:00 AM
Hearing Location: Courtroom 2, Trenton

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also email a copy of your response to:

a. ***Trustee***
**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
(609) 587-6888

b. ***U.S. Trustee***
**U.S. Trustee**
US Dept of Justice
One Newark Center Ste 2100
Newark, NJ 07102
(973) 645-3014

Dated: August 20, 2026

By: /s/ Valerie Palma DeLuisi
VALERIE PALMA DELUISI, ESQ.

**Palama Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com
Attorney for Debtor Harry Leonard

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>HARRY LEONARD | Case No.: 26-15268<br>Hearing Date: September 23, 2026<br>Chapter: 13<br><br>**Certification of Service** |

1. I, VALERI PALMA DELUISI: represent HARRY LEONARD in this matter.
2. 2. On August 20, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below. [Place a check next to each document you served]

☑ Notice of Motion to Reinstate the Automatic Stay
☑ Certification in Support of Motion to Reinstate the Automatic Stay
☑ Statement as to Why No Brief is Necessary
☑ Proposed Order Granting Motion to Reinstate the Automatic Stay
☐ Other [Enter title of document] ______________________________________________

______________________________________________

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 20, 2026

By: /s/ Valerie Palma DeLuisi
VALERIE PALMA DELUISI, ESQ.

**Palma Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com
*Attorney for Debtor Harry Leonard*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>HARRY LEONARD | Case No.: 26-15268<br>Hearing Date: September 23, 2026<br>Chapter: 13<br><br>**ORDER REINSTATING AUTOMATIC STAY** |

This matter having been opened to the Court upon the Motion of Debtor, Harry Leonard, for entry of an Order reinstating the automatic stay pursuant to 11 U.S.C. § 362; and the Court having considered the Motion, any opposition thereto, and the record in this case; and for good cause shown;

IT IS on this _____ day of ______________, 2026,

ORDERED that the Debtor's Motion to Reinstate the Automatic Stay is GRANTED; and it is further

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is reinstated and shall remain in full force and effect unless modified by further Order of this Court; and it is further

ORDERED that all creditors and parties in interest are bound by the reinstated automatic stay and shall refrain from taking any action in violation thereof; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon all parties entitled to notice.

Date_____

______________________________
Eamonn James O'Hagan