UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 28, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | | |
|---|---|---|
| In Re:<br>Harry Leonard | Case No. | 26-15268 |
| | Hearing Date: | 9/23/2026 |
| | Judge: | O'Hagan |

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 28, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**Palma Law Firm P.C.**
Valerie Palma DeLuisi, Esq.
1425 Broad Street
Clifton, New Jersey 07013
Phone: 973-471-1121
Fax: 973-472-0032
VPD@PalmaLawFirm.com
*Attorney for Debtor Harry Leonard*

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

IN RE:

HARRY LEONARD

Case No.: 26-15268
Hearing Date: September 23, 2026
Chapter: 13

**ORDER REINSTATING AUTOMATIC STAY**

This matter having been opened to the Court upon the Motion of Debtor, Harry Leonard, for entry of an Order reinstating the automatic stay pursuant to 11 U.S.C. § 362; and the Court having considered the Motion, any opposition thereto, and the record in this case; and for good cause shown;

ORDERED that the Debtor's Motion to Reinstate the Automatic Stay is GRANTED; and it is further

ORDERED that the automatic stay provided by 11 U.S.C. § 362 is reinstated and shall remain in full force and effect unless modified by further Order of this Court; and it is further

ORDERED that all creditors and parties in interest are bound by the reinstated automatic stay and shall refrain from taking any action in violation thereof; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon all parties entitled to notice.